■ CAMERON HILL CONSTRUCTION, LLC, Respondent, v SYRACUSE UNIVERSITY, Appellant, et al., Defendants. [60 NYS3d 887]— Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered January 11, 2017. The order, among other things, denied the motions of defendant Syracuse University for summary judgment and to vacate a preliminary injunction.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2016 NY Slip Op 32770[U] [Sup Ct, Onondaga County 2016]). Present—Smith, J.P., DeJoseph, Curran, Troutman and Winslow, JJ.

■ BRIGHAM SMITH, Respondent, v COUNTY OF ONONDAGA et al., Appellants. [60 NYS3d 887]—Appeal from an order of the Supreme Court, Onondaga County (Hugh A. Gilbert, J.), entered June 21, 2016. The order, insofar as appealed from, granted the motion of plaintiff for partial summary judgment on the issue of liability pursuant to Labor Law § 240 (1) and denied in part the cross motion of defendants for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on May 30, 2017, and filed in the Onondaga County Clerk's Office on June 14, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., DeJoseph, Curran, Troutman and Winslow, JJ.

■ TIMOTHY KOPASZ, Respondent, v COUNTY OF ERIE et al., Appellants. (Appeal No. 2.) [60 NYS3d 887]—Appeal from an order of the Supreme Court, Erie County (Henry J. Nowak, Jr., J.), entered April 4, 2016. The order granted the motion of plaintiff for a protective order.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 15, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., DeJoseph, Curran, Troutman and Winslow, JJ.